BEFORE THE THIRD DIVISION, MARCH 31, 1954

**No. 57964.**—W. R. Zanes & Co. of La., Inc., and Saint Leo Abbey v. United States, protest 214674–K/14194 (New Orleans).

Opinion by Ekwall, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.